UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANIBAL LIMA,

                               Plaintiff,      07cv8630(GBD)
                                                                            **CIVIL CASE MANAGEMENT**
          - against -                                 **PLAN AND AMENDED SCHEDULING**
                                                                           **ORDER**
SUNOCO, INC. (R&M), f/k/a SUN COMPANY,
INC.                                                               **Trial by Jury Demanded**
                                 Defendant.
-------------------------------------------------------------X

       After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also an amended scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and supersedes the Order dated October 11, 2007.

1. No **additional parties** may be joined after **May 7, 2008**.

2. No **amendment** to the pleadings will be permitted after **May 7, 2008**.

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **June 16, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing extraordinary circumstances.

4. **Dispositive motions** are to be served by **August 15, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A **final pretrial conference** will be held on **October 15, 2008 at 9:30 a.m.**

6. The **Joint Pretrial Order** shall be filed no later than **September 15, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be ready for trial on 48 hours notice on or after **October 15, 2008**. The estimated trial time is _____ days, and this is a jury trial.

9. The **Next Case Management Conference** will be held on **May 8, 2008 at 9:30 a.m.**.

Dated: March 4, 2008
New York, New York

SO ORDERED: MAR 0 5 2008

_____
GEORGE B. DANIELS
United States District Judge

Attorney for Plaintiff (EL 5222)

Attorney for Defendant (PFT5929)

**HON. GEORGE B. DANIELS**